[No. 5796–4–II.   Division Two.   June 9, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. ROBERT ROSS STRATTON, *Appellant.*

Appeal from a judgment of the Superior Court for Thurston County, No. 811529, Frank E. Baker, J., entered August 13, 1981. *Affirmed* by unpublished opinion per

Worswick, A.C.J., concurred in by Petrie and Reed, JJ.